```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 08763
   STANLEY HARRIS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8479

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/21/2006 and was confirmed 12/13/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/26/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY            2838.65            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED           9940.00            .00            .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED           8431.94            .00            .00
RMI/MCSI                  UNSECURED           2500.00            .00            .00
SALLIE MAE                UNSECURED               .00            .00            .00
CAPITAL ONE               UNSECURED           1291.03            .00            .00
DANIELE CAMARILLO         NOTICE ONLY       NOT FILED            .00            .00
DANIELE CAMARILLO         DSO ARREARS       NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         2,324.00                        904.68
TOM VAUGHN                TRUSTEE                                              55.32
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  960.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 904.68
TRUSTEE COMPENSATION                            55.32
DEBTOR REFUND                                     .00
                       ---------------    ---------------
TOTALS                   960.00                960.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 08763 STANLEY HARRIS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE